AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF  Nevada

Trustees of the Nevada Resort Association-
International Alliance of Theatrical Stage
Employees, et al.,

          Plaintiffs,

V.

All Access Suport Group, et al.,

          Defendants.

**DEFAULT JUDGMENT IN A CIVIL CASE**

Case Number:  2:10-cv-01888-JCM-RJJ

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

  IT IS ORDERED AND ADJUDGED

Default Judgment is entered in favor of Plaintiffs and against defendants All Access Support Group and Access Event Staffing, jointly and severally, in the amount of $342,381.00 representing delinquent contributions, liquidated damages, interest, administrative fees, attorneys fees and costs, and costs.

May 3, 2011

Date

/s/ Lance S. Wilson

Clerk

/s/ Aaron Blazevich

(By) Deputy Clerk