Adam P. Segal, Esq., Nevada Bar No. 6120
Bryce C. Loveland, Esq., Nevada Bar No. 10132
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4616
Telephone:   (702) 382-2101
Facsimile:   (702) 382-8135
Email: asegal@bhfs.com
Email: bcloveland@bhfs.com

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE NEVADA RESORT ASSOCIATION-INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA LOCAL 720 PENSION TRUST; TRUSTEES OF THE NEVADA RESORT ASSOCIATION-INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA LOCAL 720 WAGE DISABILITY TRUST; and TRUSTEES OF THE NEVADA RESORT ASSOCIATION-INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA LOCAL 720 APPRENTICE AND JOURNEYMAN TRAINING AND EDUCATION TRUST,<br><br>        Plaintiffs,<br><br>v.<br><br>ALL ACCESS SUPPORT GROUP, a Revoked Nevada Corporation, and ACCESS EVENT STAFFING, a Nevada Corporation,<br><br>        Defendants. | CASE NO.: 2:10-cv-01888-JCM-RJJ<br><br>**ORDER ON MOTION TO ADD EVENT SUPPORT GROUP, LLC AS AN ADDITIONAL JUDGMENT DEBTOR** |

020038\0022\1803527.1

1

Before the Court is Plaintiffs' Motion to add Event Support Group, LLC as an additional judgment debtor to the existing judgment against All Access Support Group and Access Event Staffing. Default has been entered against All Access Support Group and Access Event Staffing, and Event Support Group, LLC provided no response to Plaintiffs' Motion. Having reviewed the documents on file in this case and being fully advised:

IT IS HEREBY ORDERED that judgment is entered against All Access Support Group, Access Event Staffing and Event Support Group, LLC, jointly and severally, in the amount of $342,381, representing delinquent contributions, liquidated damages, interest, attorney's fees and costs, to the Plaintiffs.

DATED October 16, 2013.



_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted by:

BROWNSTEIN HYATT FARBER SCHRECK, LLP

/s/ Bryce C. Loveland
Adam P. Segal, Esq.
Nevada Bar No. 6120
Bryce C. Loveland, Esq.
Nevada Bar No. 10132
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135

Attorneys for Plaintiffs