**THE URBAN LAW FIRM**
MICHAEL A. URBAN, Nevada State Bar No. 3875
STACIE E. BERTUCCI, Nevada State Bar No. 13117
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
Telephone: (702) 968-8087
Facsimile: (702) 968-8088
Electronic Mail: murban@theurbanlawfirm.com
                 sbertucci@theurbanlawfirm.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

TRUSTEES OF THE NEVADA RESORT
ASSOCIATION—INTERNATIONAL
ALLIANCE OF THEATRICAL STAGE
EMPLOYEES AND MOVING PICTURE
MACHINE OPERATORS OF THE UNITED
STATES AND CANADA, LOCAL 720,
PENSION TRUST; TRUSTEES OF THE
NEVADA RESORT ASSOCIATION—
INTERNATIONAL ALLIANCE OF
THEATRICAL STAGE EMPLOYEES AND
MOVING PICTURE MACHINE
OPERATORS OF THE UNITED STATES
AND CANADA, LOCAL 720, WAGE
DISABILITY TRUST; and TRUSTEES OF
THE NEVADA RESORT ASSOCIATION—
INTERNATIONAL ALLIANCE OF
THEATRICAL STAGE EMPLOYEES AND
MOVING PICTURE MACHINE
OPERATORS OF THE UNITED STATES
AND CANADA, LOCAL 720, APPRENTICE
AND JOURNEYMAN TRAINING AND
EDUCATION TRUST

        Plaintiffs,

        vs.

ALL ACCESS SUPPORT GROUP, a Revoked
Nevada Corporation, and ACCESS EVENT
STAFFING, a Nevada Corporation, and
EVENT SUPPORT GROUP, LLC, a Nevada
Limited Liability Company,

        Defendants.

CASE NO: 2:10-cv-01888-JCM-NJK

~~[Proposed]~~
**ORDER FOR JUDGMENT
DEBTOR EXAMINATION OF
ROBBIE CHERRIE AS AN OFFICER OF
EVENT SUPPORT GROUP, LLC**

///

1    Having considered Plaintiffs' Motion for Judgment Debtor Examination of Robbie Cherrie as an

2    officer of Event Support Group, LLC, the Memorandum of Points and Authorities, and the Declaration

3    of Stacie E. Bertucci and good cause appearing,

4    IT IS HEREBY ORDERED that Robbie Cherrie as an officer of Event Support Group, LLC

5    appear at the offices of The Urban Law Firm located at 4270 S. Decatur Blvd., Suite A-9, Las Vegas,

6    Nevada 89103, on the 25th day of March, 2014 at 9:00a.m., to be sworn in by a notary public and answer

7    concerning property subject to the ownership and control of Event Support Group, LLC.

8

9    **NOTICE TO THE JUDGMENT DEBTOR**

10   **IF YOU FAIL TO APPEAR AT THE TIME AND PLACE SPECIFIED IN THIS ORDER,**

11   **YOU MAY BE SUBJECT TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT**

12   **AND THE COURT MAY MAKE AN ORDER REQUIRING YOU TO PAY REASONABLE**

13   **ATTORNEY'S FEES INCURRED BY THE JUDGMENT CREDITOR IN THIS PROCEEDING.**

14   Dated this 31st of January, 2014.

15

16

17   UNITED STATES MAGISTRATE JUDGE

18   Submitted by:

19   **THE URBAN LAW FIRM**

20   */s/ Stacie E. Bertucci*
     MICHAEL A. URBAN, Nevada State Bar No. 3875

21   STACIE E. BERTUCCI, Nevada State Bar No. 13117
     4270 S. Decatur Blvd., Suite A-9

22   Las Vegas, Nevada 89103
     (702) 968-8087

23   F: (702) 968-8088
     murban@theurbanlawfirm.com, sbertucci@theurbanlawfirm.com

24   *Counsel for Plaintiffs*

25

26

27

2