THE URBAN LAW FIRM
MICHAEL A. URBAN, Nevada State Bar No. 3875
STACIE E. BERTUCCI, Nevada State Bar No. 13117
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
Telephone: (702) 968-8087
Facsimile: (702) 968-8088
Electronic Mail: murban@theurbanlawfirm.com
sbertucci@theurbanlawfirm.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

TRUSTEES OF THE NEVADA RESORT ASSOCIATION—INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, LOCAL 720, PENSION TRUST; TRUSTEES OF THE NEVADA RESORT ASSOCIATION—INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, LOCAL 720, WAGE DISABILITY TRUST; and TRUSTEES OF THE NEVADA RESORT ASSOCIATION—INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, LOCAL 720, APPRENTICE AND JOURNEYMAN TRAINING AND EDUCATION TRUST

Plaintiffs,

vs.

ALL ACCESS SUPPORT GROUP, a Revoked Nevada Corporation, and ACCESS EVENT STAFFING, a Nevada Corporation, and EVENT SUPPORT GROUP, LLC, a Nevada Limited Liability Company,

Defendants.

CASE NO: 2:10-cv-01888-JCM-NJK

[Proposed]
**ORDER FOR JUDGMENT DEBTOR EXAMINATION OF ROBBIE CHERRIE AS AN OFFICER OF EVENT SUPPORT GROUP, LLC**

///

1

1. Having considered Plaintiffs' Motion for Judgment Debtor Examination of Robbie Cherrie as an officer of Event Support Group, LLC, the Memorandum of Points and Authorities, and the Declaration of Stacie E. Bertucci and good cause appearing,

IT IS HEREBY ORDERED that Robbie Cherrie as an officer of Event Support Group, LLC appear at the offices of The Urban Law Firm located at 4270 S. Decatur Blvd., Suite A-9, Las Vegas, Nevada 89103, on the 25th day of March, 2014 at 9:00a.m., to be sworn in by a notary public and answer concerning property subject to the ownership and control of Event Support Group, LLC.

## NOTICE TO THE JUDGMENT DEBTOR

**IF YOU FAIL TO APPEAR AT THE TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER REQUIRING YOU TO PAY REASONABLE ATTORNEY'S FEES INCURRED BY THE JUDGMENT CREDITOR IN THIS PROCEEDING.**

Dated this 31st of January, 2014.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

**THE URBAN LAW FIRM**

/s/ Stacie E. Bertucci
MICHAEL A. URBAN, Nevada State Bar No. 3875
STACIE E. BERTUCCI, Nevada State Bar No. 13117
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
(702) 968-8087
F: (702) 968-8088
murban@theurbanlawfirm.com, sbertucci@theurbanlawfirm.com
*Counsel for Plaintiffs*